2016R-01042

BOOK - PAGE
SAGADAHOC COUNTY MAINE
LYNN C MOORE, REGISTRAR
RECORDED ON
02/16/2016 11:35 AM

PAGES: 1



Recording Requested By:

And When Recorded Mail To:
T.D. Service Company
4000 W. Metropolitan Dr.
Suite# 400
Orange, CA 92868

_____ above for Recorder's use _____

Customer#: 1/1   Service#:

Loan#:

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, BENEFICIAL MAINE, INC., 636 GRAND REGENCY BLVD, BRANDON, FL 33510-0000, hereby assign and transfer to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-0000, all its right, title and interest in and to said Mortgage in the amount of $115,077.73, recorded in the State of MAINE, County of SAGADAHOC Official Records, dated MARCH 26, 2008 and recorded on MARCH 31, 2008, as Instrument No. 2402, in Book No. 2969, at Page No. 322.
Executed by: NATHALIE R. LAMSON, NOT STATED (Original Mortgagor).
Original Mortgagee: BENEFICIAL MAINE INC..

Date: JANUARY 22, 2016
BENEFICIAL MAINE, INC., BY CALIBER HOME LOANS,. INC. AS ITS ATTORNEY IN FACT

By: _____
     Kendra Cook, Vice President

State of   OKLAHOMA           }
County of  OKLAHOMA           } ss.

On JANUARY 22, 2016, before me, B. Coulter, a Notary Public, personally appeared Kendra Cook, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

_____
(Notary Name): B. Coulter
My commission expires: 05/14/2016

B. COULTER
Notary Public
State of Oklahoma
Commission # 12004912  Expires 05/14/16

Prepared By: Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
ANKIT KUMAR, (405) 608-2535

EXHIBIT D

POWER OF ATTORNEY

Dated as of May 4, 2015

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS, pursuant to the terms of the Mortgage Loan Purchase Agreement, by and among LSF9 Mortgage Holdings, LLC located at 2711 N. Haskell Ave, Suite 1700 Dallas, TX 75204 (the "Purchaser"), HSBC Finance Corporation, a Delaware corporation, solely in its capacity as Seller Representative, and the Persons listed on Schedule 1.01(a) thereto, made and entered into as of May 1, 2015 (the "Mortgage Loan Purchase Agreement"), the Sellers, located at 636 Grand Regency Blvd Brandon, FL 33510 set forth on Schedule 1 hereto (each an "Identified Seller", and, collectively, "Sellers") sold, and the Purchaser purchased, certain mortgage loans (the "Mortgage Loans");

WHEREAS, pursuant to the terms of the Interim Servicing Agreement, made and entered into as of May 1, 2015, by and among the Purchaser, the Interim Servicers, HSBC Finance Corporation, in its capacity as Interim Servicer Representative, HSBC Bank USA, National Association (the "Bank") and Caliber Home Loans, Inc. (the "Successor Servicer") the Purchaser has designated Caliber Home Loans, Inc. to act as Successor Servicer for the Mortgage Loans;

WHEREAS, Seller is providing this Limited Power of Attorney to Successor Servicer at the direction of the Purchaser pursuant to the Mortgage Loan Purchase Agreement;

NOW, THEREFORE, in consideration of the mutual promises, obligations and covenants contained herein and in the Mortgage Loan Purchase Agreement and for good and valuable consideration the receipt and adequacy of which is hereby acknowledged, Seller does hereby make, constitute and appoint Successor Servicer at the direction of Purchaser, as Seller's true and lawful agent and attorney-in-fact with respect to each Mortgage Loan in Seller's name, place and stead: (i) to procure, prepare, complete, execute and record any mortgage, deed of trust or similar security instrument (collectively, the "Mortgage") and any assignment of Mortgage or reconveyance instrument which is required (a) to cure any defect in the chain of title, (b) to ensure that record title to the Mortgage Loan vests in the Purchaser or LSF9 Master Participation Trust, and (c) for any other transfer of record title which is required with respect to the Mortgage Loans or the underlying security interest related to each Mortgage Loan; (ii) to ensure that each promissory note and/or loan agreements related to each Mortgage Loan has been properly endorsed to the proper person or entity; (iii) to prepare, complete, execute, acknowledge, seal and deliver any and all instruments of satisfaction or cancellation, or of full or partial release or discharge and all other comparable instruments with respect to the Mortgage Loans; (iv) to cure any other defects associated with any other document or instrument with respect to a Mortgage Loan; and (v) to endorse checks and other payment instruments that are payable to the order of Seller and that have been received by the Purchaser or the Successor Servicer from mortgagors or any insurer in respect of insurance proceeds related to any Mortgage Loan; and (vi) to execute any special warranty/quit claim deeds or any other deed, but not general warranty deeds, reasonably required to convey title to any Mortgaged Property or real estate owned property

related to any Mortgage Loan to the Purchaser or any of its affiliates or LSF9 Master Participation Trust or any of its affiliates.

This Limited Power of Attorney may be utilized fully to all intents and purposes as the Seller might or could do if personally present, hereby ratifying and confirming all that Successor Servicer as said attorney in fact shall lawfully do or cause to be done by virtue hereof.

### ARTICLE I

The enumeration of particular powers herein is not intended in any way to limit the grant to Successor Servicer as Seller's attorney-in-fact of full power and authority with respect to the Mortgage Loans to complete (to the extent necessary), file and record any documents, instruments or other writings referred to above as fully, to all intents and purposes, as Seller might or could do if personally present, hereby ratifying and confirming whatsoever such attorney-in-fact shall and may do by virtue hereof; provided that this instrument is to be construed and interpreted as a limited power of attorney and does not empower or authorize the said attorneys-in-fact to do any act or execute any document on behalf of Seller not specifically described herein. Seller agrees and represents to those dealing with such attorney-in-fact that they may rely upon this Limited Power of Attorney. Any and all third parties dealing with Successor Servicer as Seller's attorney-in-fact may rely completely, unconditionally and conclusively on the authority of Successor Servicer, and need not make any inquiry about whether Successor Servicer is acting pursuant to the Mortgage Loan Purchase Agreement. Any purchaser, title insurance company or other third party may rely upon a written statement by Successor Servicer that any particular Mortgage Loan or related mortgaged real property in question is subject to and included under this Limited Power of Attorney or the Mortgage Loan Purchase Agreement.

### ARTICLE II

Any act or thing lawfully done hereunder and in accordance with this Limited Power of Attorney by Purchaser shall be binding on the Seller and the Seller's successors and assigns.

### ARTICLE III

The rights, power, and authority of the attorney-in-fact granted in this instrument shall commence and be in full force and effect on the date of execution and such rights, powers and authority shall remain in full force and effect until 11:59 p.m., Eastern Standard time, on the date that is one year from such date (the "POA Termination Date"). This Limited Power of Attorney shall be coupled with an interest and shall be irrevocable prior to the POA Termination Date.

Nothing herein shall be deemed to amend or modify the Mortgage Loan Purchase Agreement or the respective rights, duties or obligations of Seller under the Mortgage Loan Purchase Agreement, and nothing herein shall constitute a waiver of any rights or remedies thereunder.

## Schedule 1

### List of Sellers

Beneficial Consumer Discount Company, a Pennsylvania corporation
Beneficial Financial I Inc., a California corporation on behalf of itself and
as successor by merger to the following:

| | |
|---|---|
| Beneficial Alabama Inc. | Beneficial Arizona Inc. |
| Beneficial California Inc. | Beneficial Colorado Inc. |
| Beneficial Delaware Inc. | Beneficial Discount Co. of Virginia |
| Beneficial Finance Co. of West Virginia | Beneficial Finance Services, Inc. |
| Beneficial Georgia Inc. | Beneficial Hawaii Inc. |
| Beneficial Idaho Inc. | Beneficial Illinois Inc. |
| Beneficial Indiana Inc. | Beneficial Iowa Inc. |
| Beneficial Kansas Inc. | Beneficial Loan Corporation of Kentucky |
| Beneficial Management Corporation | Beneficial Management Institute, Inc. |
| Beneficial Maryland Inc. | Beneficial Mississippi Inc. |
| Beneficial Missouri, Inc. | Beneficial Montana Inc. |
| Beneficial Nebraska Inc. | Beneficial Nevada Inc. |
| Beneficial New Jersey Inc. | Beneficial New Mexico Inc. |
| Beneficial North Carolina Inc. | Beneficial Ohio Inc. |
| Beneficial Oklahoma Inc. | Beneficial South Carolina Inc. |
| Beneficial Texas Inc. | Beneficial Utah Inc. |
| Beneficial Vermont Inc. | Beneficial Virginia Inc. |
| Beneficial Washington Inc. | Beneficial Wisconsin Inc. |
| Beneficial Mortgage Co. of Arizona | Beneficial Mortgage Co. of Colorado |
| Beneficial Mortgage Co. of Connecticut | Beneficial Mortgage Co. of Georgia |
| Beneficial Mortgage Co. of Idaho | Beneficial Mortgage Co. of Indiana |
| Beneficial Mortgage Co. of Kansas, Inc. | Beneficial Mortgage Co. of Massachusetts |
| Beneficial Mortgage Co. of Maryland | Beneficial Mortgage Co. of Missouri, Inc. |
| Beneficial Mortgage Co. of Mississippi | Beneficial Mortgage Co. of North Carolina |
| Beneficial Mortgage Co. of Nevada | Beneficial Mortgage Co. of Oklahoma |
| Beneficial Mortgage Co. of South Carolina | Beneficial Mortgage Co. of Texas |
| Beneficial Mortgage Co. of Utah | Beneficial Mortgage Co. of Virginia |

Beneficial Florida, Inc., a Delaware corporation
Beneficial Homeowner Service Corporation, a Delaware corporation
Beneficial Kentucky, Inc., a Delaware corporation
Beneficial Loan & Thrift Co. a Minnesota corporation
Beneficial Louisiana Inc., a Delaware corporation
Beneficial Maine, Inc., a Delaware corporation
Beneficial Massachusetts Inc., a Delaware corporation
Beneficial Michigan Inc., a Delaware corporation

Beneficial Mortgage Corporation, a Delaware corporation
Beneficial New Hampshire Inc., a Delaware corporation
Beneficial Oregon Inc., a Delaware corporation
Beneficial Rhode Island Inc., a Delaware corporation
Beneficial South Dakota Inc., a Delaware corporation
Beneficial Tennessee Inc., a Tennessee corporation
Beneficial West Virginia, Inc., a West Virginia corporation
Beneficial Wyoming Inc., a Wyoming corporation
Household Finance Consumer Discount Company, a Pennsylvania corporation
Household Finance Corporation II, a Delaware corporation
Household Finance Corporation III, a Delaware corporation
Household Finance Corporation of Alabama, an Alabama corporation
Household Finance Corporation of California, a Delaware corporation
Household Finance Industrial Loan Company of Iowa, an Iowa corporation
Household Finance Realty Corporation of Nevada, a Delaware corporation
Household Finance Realty Corporation of New York, a Delaware corporation
Household Financial Center Inc., a Tennessee corporation
Household Industrial Finance Company, a Minnesota corporation
Household Realty Corporation, a Delaware corporation
HSBC Credit Center Inc., a Delaware corporation
HSBC Mortgage Services Inc., a Delaware corporation
Mortgage One Corporation, a Delaware corporation

IN WITNESS WHEREOF, each Identified Seller has caused this instrument to be executed by its officer duly authorized as of the date first written above.

By: _Phyllis I Johnston_ (signature)
Name: Phyllis I. Johnston
Title: Assistant Vice President

WITNESS: (signature)
Name: David W. Urbance

By: _David S Bertaut_ (signature)
Name: David S. Bertaut
Title: Assistant Vice President

WITNESS: (signature)
Name: Sean Rockway

STATE OF   Florida              )
                                )ss.
COUNTY OF  Hillsborough         )

On this  4th  day of  May  2015, before me, a notary public in and for the State of  Florida , appeared  David S. Bertaut and Phyllis I Johnston , who are known to me to be officers of the entities listed herein, and who signed their name hereto for the purposes stated herein.

My Commission Expires November 16, 2018
Commission # FF 142879

[SEAL]

GAYLE A. CHIMO
Notary Public - State of Florida
My Comm. Expires Nov 16, 2018
Commission # FF 142879

_Gayle A. Chimo_ (signature)
NOTARY PUBLIC
Gayle A. Chimo

Received
Recorded Register of Deeds
Sep 04, 2015 10:46:20A
Cumberland County
Nancy A. Lane

716009340 12408116
AMECURRENT 716021723.1 23-Apr-15 18:30

CUMBERLAND COUNTY
A TRUE COPY OF RECORD
Attest _____
                Register